

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00586-CR

David Reza **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8900
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 15, 2014.

_____
Rebeca C. Martinez, Justice